UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

        v.        08-mc-02-JD

<u>Eric J. Sarno</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Arenas dated March 24, 2008, no objection having been filed.

SO ORDERED.


April 16, 2008        <u>/s/Joseph A. DiClerico, Jr.</u>
        Joseph A. DiClerico, Jr.
        United States District Judge


cc:    Gretchen Leah Witt, AUSA
       Eric J. Sarno, pro se